| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Frederick's of Hollywood Group Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**N/A** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Schedule 1 attached hereto** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**N/A** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): **13-2643042** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**N/A** |
| Street Address of Debtor (No. and Street, City, and State):<br>**6464 W. Sunset Blvd. Suite 1150**<br>**Los Angeles, CA**<br>ZIP CODE **90028** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**N/A**<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles County** | County of Residence or of the Principal Place of Business:<br>**N/A** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>**N/A**<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **N/A**<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12     ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check **one** box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ☒ Debts are primarily business debts. |

| Filing Fee (Check **one** box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Frederick's of Hollywood Group Inc.** | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: **N/A** | Case Number: **N/A** | Date Filed: **N/A** |
| Location Where Filed: **N/A** | Case Number: **N/A** | Date Filed: **N/A** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **See Schedule 2 attached hereto** | Case Number: | Date Filed: |
| District: **Delaware** | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| ☐     Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).  X _____    Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐     Yes, and Exhibit C is attached and made a part of this petition.

☒     No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐     Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐     Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Frederick's of Hollywood Group Inc.** |
|---|---|

| **Signatures** ||

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>    Signature of Debtor<br><br>X _____<br>    Signature of Joint Debtor<br><br>    _____<br>    Telephone Number (if not represented by attorney)<br><br>    _____<br>    Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br><br>    (Signature of Foreign Representative)<br><br>    _____<br>    (Printed Name of Foreign Representative)<br><br>    _____<br>    Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X   /s/ Russell C. Silberglied<br>    Signature of Attorney for Debtor(s)<br>    Russell C. Silberglied (No. 3462)<br>    Printed Name of Attorney for Debtor(s)<br>    Richards, Layton & Finger, P.A.<br>    Firm Name<br>    One Rodney Square, 920 N. King St., Wilmington, DE 19801<br>    Address<br>    (302) 651-7700<br>    Telephone Number<br>    April 19, 2015<br>    Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X   /s/ William Soncini<br>    Signature of Authorized Individual<br>    William Soncini<br>    Printed Name of Authorized Individual<br>    Chief Operating Officer<br>    Title of Authorized Individual<br>    April 19, 2015<br>    Date | X _____<br>    Signature<br><br>    _____<br>    Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## Schedule 1

**All Other Names Used by the Debtors in the Last 8 Years**

1.   Movie Star, Inc.

2.   Fredericks.com Inc.

**<u>Schedule 2</u>**

**Pending Bankruptcy Cases Filed by the Debtors in this Court**

On the date hereof, each of the affiliated entities listed below (collectively, the "<u>Debtors</u>") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532, in the United States Bankruptcy Court for the District of Delaware.  Contemporaneously herewith, the Debtors are filing a motion requesting the joint administration of these chapter 11 cases for procedural purposes only under the case number assigned to Frederick's of Hollywood, Inc.

1. FOHG Holdings, LLC
2. Frederick's of Hollywood Group Inc.
3. FOH Holdings, Inc.
4. Frederick's of Hollywood, Inc.
5. Frederick's of Hollywood Stores, Inc.
6. Hollywood Mail Order, LLC

**CERTIFICATE**

Date:  April 19, 2015

       I, William Soncini, the undersigned Chief Operating Officer of Frederick's of Hollywood Group Inc., a corporation organized and existing under the laws of the State of New York (the "Company"), hereby certify as follows:

       1.      I am familiar with the facts herein certified, and I am duly authorized to certify the same on behalf of the Company.

       2.      Attached hereto is a true and correct copy of the resolutions of the board of directors (the "Board") of the Company, without exhibits, duly adopted by written consent on April 12, 2015.

       3.      Such resolutions have not been amended, altered, annulled, rescinded, or revoked, and are in full force and effect as of the date hereof.  There exists no other subsequent resolution of the Board of the Company relating to the matters set forth in the resolutions attached hereto.

       **IN WITNESS WHEREOF,** the undersigned has executed this Certificate as of the date first written above.

       By:  /s/ William Soncini

       Name:  William Soncini

       Title:  Authorized Officer

**OMNIBUS WRITTEN CONSENT AND RESOLUTIONS**
**OF THE BOARDS OF MANAGERS AND DIRECTORS OF**

**FOHG HOLDINGS, LLC**

**AND EACH OF ITS DIRECT AND INDIRECT**
**WHOLLY-OWNED SUBSIDIARIES**

**April 12, 2015**

**THE UNDERSIGNED**, (i) each a manager or director, as the case may be (collectively, the "Directors"), serving on:

A.   The Board of Managers of FOHG Holdings, LLC, a limited liability company organized and existing under the laws of the State of Delaware ("FOHG Holdings");

B.   The Board of Directors of Frederick's of Hollywood Group Inc., a New York corporation and a direct wholly-owned subsidiary of FOHG Holdings ("FOHG Inc.");

C.   The Board of Directors of FOH Holdings, Inc., a Delaware corporation and a direct wholly-owned subsidiary of FOHG Inc. ("FOH Holdings");

D.   The Board of Directors of Frederick's of Hollywood, Inc., a Delaware corporation and a direct wholly-owned subsidiary of FOH Holdings ("Frederick's, Inc.");

E.   The Board of Directors of Frederick's of Hollywood Stores, Inc., a Nevada corporation and a direct wholly-owned subsidiary of Frederick's, Inc. ("Stores, Inc."); and/or

F.   The Board of Managers of Hollywood Mail Order, LLC, a Nevada limited liability company organized and existing under the laws of the State of Delaware and a direct wholly-owned subsidiary of Stores, Inc. ("Mail Order LLC");

and (ii) each of:

A.   FOH Holdings, in its capacity as the sole stockholder of Frederick's, Inc. (the "FOH Stockholder"); and

B.   Frederick's, Inc., in its capacity as the sole stockholder of Stores, Inc. and the sole member of Mail Order LLC (together with the FOH Stockholder, the "Stockholders");

do hereby take the following actions and consent to the adoption of the following preambles and resolutions (these "Resolutions"). Each of Frederick's, Inc., Stores, Inc. and Mail Order LLC are referred to herein individually as a "Seller" and collectively as "Sellers," and together with

FOHG Holdings, FOHG Inc. and FOH Holdings are collectively referred to herein as the "Company."

WHEREAS, the Directors of each Company have considered the financial and operational condition of the Company, including the particular Company on whose Board of Managers or Directors, as the case may be, such Director serves;

WHEREAS, such Directors have reviewed the historical performance and results of the Company, the market in which the Company operates, its current and future liquidity needs, its business prospects, and its current and long-term liabilities;

WHEREAS, such Directors have reviewed the materials presented by its financial, legal, and other advisors and have engaged in numerous and extensive discussions (including, without limitation, with its management and such advisors) regarding the Company's financial condition, including its liabilities and liquidity position, the strategic alternatives available to it, and the impact of the foregoing on the Company's business and operations; and

WHEREAS, such Directors have had the opportunity to consult with management and the financial and legal advisors of the Company and fully consider each of the strategic alternatives available to the Company, and has determined that it is desirable and in the best interests of the Company and its respective creditors, equity holders, employees, and other parties-in-interest that the Company file or cause to be filed voluntary petitions (a "Voluntary Petition") for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

## Chapter 11 Cases

BE IT RESOLVED that Directors have determined that it is advisable and in the best interests of the particular Company on whose Board of Managers or Directors, as the case may be, such Director serves and the Company that the Company file, or cause to be filed, Voluntary Petitions commencing the Chapter 11 Cases (as defined below);

BE IT FURTHER RESOLVED that Bill Soncini, acting Chief Operating Officer of the Company, and Lori Greeley, acting Chief Executive Officer of the Company (together, the "Authorized Officers"), be, and each of them hereby is, authorized, empowered, and directed to execute and file, or cause to be filed, with the bankruptcy court, for the Company, all petitions, schedules, lists, motions, applications, pleadings, and any other necessary papers or documents, including any amendments thereto, and to take any and all action and perform any and all further deeds that they deem necessary or proper to obtain chapter 11 bankruptcy relief or in connection with the chapter 11 cases of the Company (collectively, the "Chapter 11 Cases"), with a view to the successful prosecution of such Chapter 11 Cases;

## Sale of Substantially All Assets

BE IT FURTHER RESOLVED that the Directors and the Stockholders have determined that the sale of substantially all of the assets of the Sellers to Authentic Brands Group, LLC or any entity or entities formed on its behalf to consummate such transaction, in

accordance with the Stalking Horse Agreement (as defined below), is advisable and in the best interests of the Company;

**BE IT FURTHER RESOLVED** that the form, terms, and provisions of the proposed stalking horse asset purchase agreement (the "<u>Stalking Horse Agreement</u>") by and among Authentic Brands Group, LLC, a Delaware limited liability company, and any entity or entities formed on its behalf to consummate the transaction described therein and the Sellers, in substantially the form reviewed by the Authorized Officers, are hereby approved, the sale of substantially all of the assets of the Sellers pursuant to the terms set forth in the Stalking Horse Agreement be, and hereby is, authorized and approved, and the Authorized Officers are, and each of them hereby is, authorized, empowered, and directed, in the name and on behalf of the Sellers, to cause the Sellers to enter into the Stalking Horse Agreement;

**BE IT FURTHER RESOLVED** that the Authorized Officers be, and each of them hereby is, authorized, empowered, and directed, in the name and on behalf of the Sellers, to cause to be prepared, to negotiate, execute, and deliver, and the Sellers is hereby authorized to perform its obligations and take the actions contemplated under, the Stalking Horse Agreement and such other documents, agreements, guaranties, instruments, financing statements, notices, undertakings, certificates, and other writings as may be required by, contemplated by, or in furtherance of the Stalking Horse Agreement (including, without limitation, closing all of its retail stores), each containing such provisions, terms, conditions, covenants, warranties, and representations as may be deemed necessary or appropriate by the Authorized Officers so acting, and any amendments, restatements, amendments and restatements, supplements, or other modifications thereto, in each case with such changes therein and additions thereto (substantial or otherwise) as shall be deemed necessary, appropriate, or advisable by any Authorized Officer executing the same in the name and on behalf of the Sellers, such approval to be evidenced conclusively by such execution;

<u>**Debtor in Possession Financing**</u>

**BE IT FURTHER RESOLVED** that the Authorized Officers, and any employees or agents (including counsel) designated by or directed by any such officers, be, and each of them hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to enter into a senior, secured, super-priority debtor in possession credit facility (the "DIP Credit Facility") by and among Salus Capital Partners, LLC, Salus CLO 2012-1 Ltd or their respective affiliates, as administrative and collateral agent, Salus Capital Partners, LLC, as administrative and collateral agent, the Company, and the Company's affiliates named therein, and any related documents or instruments, each on terms and conditions agreed to by the Company, the lender and the agent and such other terms as are customary for similar debtor-in-possession facilities and to cause the Company to grant a senior security interest in substantially all of its assets in connection therewith, and to undertake any and all related transactions contemplated thereby;

**BE IT FURTHER RESOLVED** that the Authorized Officers be, and each of them hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to cause to be prepared, to negotiate, execute, and deliver, and the Company is hereby authorized to perform its obligations and take the actions contemplated under, the DIP Credit Facility and such other documents, agreements, guaranties, instruments, financing statements, notices,

undertakings, certificates, and other writings as may be required by, contemplated by, or in furtherance of the DIP Credit Facility, each containing such provisions, terms, conditions, covenants, warranties, and representations as may be deemed necessary or appropriate by the Authorized Officers, and any amendments, restatements, amendments and restatements, supplements, or other modifications thereto, in each case with such changes therein and additions thereto (substantial or otherwise) as shall be deemed necessary, appropriate, or advisable by any Authorized Officer executing the same in the name and on behalf of the Company, such approval to be evidenced conclusively by such execution;

**BE IT FURTHER RESOLVED** that the Company, as debtor and debtor in possession under the Bankruptcy Code, be authorized, empowered, and directed to negotiate and obtain the use of cash collateral or other similar arrangements, including, without limitation, to enter into any guarantees and to pledge and grant liens on and claims against the Company's assets as may be contemplated by or required under the terms of cash collateral agreements or other similar arrangements, in such amounts as is reasonably necessary for the continuing conduct of the affairs of the Company in the Chapter 11 Cases and any of the Company's affiliates who may also, concurrently with the Company's petition, file for relief under the Bankruptcy Code;

**BE IT FURTHER RESOLVED** that the Company will receive substantial direct and indirect benefits from the loans and other financial accommodations to be made under the DIP Credit Facility to the Company and its affiliates;

## Retention of Advisors

**BE IT FURTHER RESOLVED** that the Authorized Officers be, and each of them hereby is, authorized, empowered, and directed to employ the law firm of Milbank, Tweed, Hadley & McCloy LLP as general bankruptcy counsel to represent and advise the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance its rights and obligations, including filing any pleadings in connection with the Chapter 11 Cases and with any post-petition financing; and in connection therewith, the Authorized Officers are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Cases, and cause to be executed and filed an appropriate application with the bankruptcy court for authority to retain the services of Milbank, Tweed, Hadley & McCloy LLP;

**BE IT FURTHER RESOLVED** that the Authorized Officers be, and each of them hereby is, authorized, empowered, and directed to employ the firm of Richards, Layton & Finger, P.A. as local counsel to represent and advise the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance its rights and obligations in connection with the Chapter 11 Cases and with any post-petition financing; and in connection therewith, the Authorized Officers are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Cases, and cause to be executed and filed an appropriate application with the bankruptcy court for authority to retain the services of Richards, Layton & Finger, P.A.;

**BE IT FURTHER RESOLVED** that the Authorized Officers be, and each of them hereby is, authorized, empowered, and directed to employ the firm of Consensus Advisory

Services LLC as investment banker and financial advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance its rights and obligations in connection with the Chapter 11 Cases and with any post-petition financing; and in connection therewith, the Authorized Officers are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Cases, and cause to be executed and filed an appropriate application with the bankruptcy court for authority to retain the services of Consensus Advisory Services LLC;

**BE IT FURTHER RESOLVED** that the Authorized Officers be, and each of them hereby is, authorized, empowered, and directed to employ the firm of Kurtzman Carson Consultants, LLC as notice, claims, and balloting agent to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Cases, and cause to be executed and filed an appropriate application with the bankruptcy court for authority to retain the services of Kurtzman Carson Consultants, LLC;

**BE IT FURTHER RESOLVED** that the Authorized Officers be, and each of them hereby is, authorized, empowered, and directed to employ any other professionals, including attorneys, accountants, and tax advisors, necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 Cases, and cause to be executed and filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary;

<u>Other Authorization and Ratification</u>

**BE IT FURTHER RESOLVED** that the Authorized Officers be, and each of them hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to prosecute the Chapter 11 Cases in a manner that in their business judgment is likely to maximize the recovery for stakeholders in the Company and minimize the obligations incurred by the Company;

**BE IT FURTHER RESOLVED** that the Authorized Officers be, and each of them hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, and/or record and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of such officer shall be or become necessary, proper, and desirable to prosecute to a successful completion the Chapter 11 Cases, including, but not limited to, implementing the foregoing Resolutions and the transactions contemplated by these Resolutions;

**BE IT FURTHER RESOLVED** that Authorized Officers be, and each of them hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to amend,

#4844-3608-6051

supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to in the foregoing Resolutions; and

**BE IT FURTHER RESOLVED** that all acts, actions, and transactions relating to the matters contemplated by the foregoing Resolutions done in the name and on behalf of the Company, which acts would have been approved by the foregoing Resolutions except that such acts were taken before these Resolutions were certified, are hereby in all respects approved and ratified.

These Resolutions may be executed and delivered in multiple counterparts and via facsimile or other electronic means, all of which taken together shall constitute one and the same instrument.

*[Remainder of Page Intentionally Left Blank*

#4844-3608-6051

**IN WITNESS WHEREOF,** the undersigned have executed these Resolutions as of the 13TH day of April, 2015.

**FOHG HOLDINGS, LLC**

_____
Name: Thomas A. Williams
Title:  Manager of FOHG Holdings, LLC

_____
Name: Lori Greeley
Title:  Manager of FOHG Holdings, LLC

**FREDERICK'S OF HOLLYWOOD GROUP, INC.**

_____
Name: Lori Greeley
Title:  Director of Frederick's of Hollywood Group, Inc.

_____
Name: Bill Soncini
Title:  Director of Frederick's of Hollywood Group, Inc.

**FOH HOLDINGS, INC.**

_____
Name: Lori Greeley
Title:  Director of Frederick's of Hollywood Group, Inc.

_____
Name: Bill Soncini
Title:  Director of Frederick's of Hollywood Group, Inc.

**FREDERICK'S OF HOLLYWOOD, INC.**

_____
Name: Lori Greeley
Title:  Director of Frederick's of Hollywood Group, Inc.

_____
Name: Bill Soncini
Title:  Director of Frederick's of Hollywood Group, Inc.

**IN WITNESS WHEREOF,** the undersigned have executed these Resolutions as of the *13TH* day of April, 2015.

**FOHG HOLDINGS, LLC**

Name: Thomas A. Williams
Title:    Manager of FOHG Holdings, LLC

*Lori H Greeley*
Name: Lori Greeley
Title:    Manager of FOHG Holdings, LLC

**FREDERICK'S OF HOLLYWOOD GROUP, INC.**

*Lori H Greeley*
Name: Lori Greeley
Title:    Director of Frederick's of Hollywood Group, Inc.

Name: Bill Soncini
Title:    Director of Frederick's of Hollywood Group, Inc.

**FOH HOLDINGS, INC.**

*Lori H Greeley*
Name: Lori Greeley
Title:    Director of Frederick's of Hollywood Group, Inc.

Name: Bill Soncini
Title:    Director of Frederick's of Hollywood Group, Inc.

**FREDERICK'S OF HOLLYWOOD, INC.**

*Lori H Greeley*
Name: Lori Greeley
Title:    Director of Frederick's of Hollywood Group, Inc.

Name: Bill Soncini
Title:    Director of Frederick's of Hollywood Group, Inc.

*[Signature Page to FOH Resolutions]*

**FREDERICK'S OF HOLLYWOOD STORES, INC.**

Name: Lori Greeley
Title:   Director of Frederick's of Hollywood Group, Inc.

_____
Name: Bill Soncini
Title:   Director of Frederick's of Hollywood Group, Inc.

**HOLLYWOOD MAIL ORDER, LLC**

Name: Lori Greeley
Title:   Director of Frederick's of Hollywood Group, Inc.

_____
Name: Bill Soncini
Title:   Director of Frederick's of Hollywood Group, Inc.

*[Signature Page to FOH Resolutions]*

[Remainder of Page Intentionally Left Blank]

#4844-3608-6051

**IN WITNESS WHEREOF,** the undersigned have executed these Resolutions as of the _13TH_ day of April, 2015.

FOHG HOLDINGS, LLC

_____

Name:        Thomas A. Williams

Title:        Manager of FOHG Holdings, LLC

_____

Name:        Lori Greeley

Title:        Manager of FOHG Holdings, LLC

FREDERICK'S OF HOLLYWOOD GROUP, INC.

_____

Name:    Lori Greeley

Title:        Director of Frederick's of Hollywood Group, Inc.

_____

Name:    Bill Soncini

Title:        Director of Frederick's of Hollywood Group, Inc.

FOH HOLDINGS, INC.

_____

Name:    Lori Greeley

Title:        Director of Frederick's of Hollywood Group, Inc.

_____

Name:    Bill Soncini

Title:        Director of Frederick's of Hollywood Group, Inc.

FREDERICK'S OF HOLLYWOOD, INC.

_____

Name:    Lori Greeley

Title:        Director of Frederick's of Hollywood Group,
Inc.

_____

Name:    Bill Soncini

Title:        Director of Frederick's of Hollywood Group,
Inc.


FREDERICK'S OF HOLLYWOOD STORES, INC.


_____

Name:    Lori Greeley

Title:        Director of Frederick's of Hollywood Group,
Inc.

_____

Name:    Bill Soncini

Title:        Director of Frederick's of Hollywood Group,
Inc.


HOLLYWOOD MAIL ORDER, LLC


_____

Name:    Lori Greeley

Title:        Director of Frederick's of Hollywood Group,
Inc.

_____

Name:    Bill Soncini

Title:        Director of Frederick's of Hollywood Group,
Inc.

**FOH HOLDINGS, INC.**

Name: Bill Soncini
Title:

**FREDERICK'S OF HOLLYWOOD, INC.**

Name: Bill Soncini
Title:

*[Signature Page to FOH Resolutions]*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------  X
                                                          :
In re:                                                    :    Chapter 11
                                                          :
Frederick's of Hollywood Group Inc.,                      :    Case No. 15- _____ (_____)
                                                          :
                          Debtor.                         :    (Joint Administration Requested)
                                                          :
--------------------------------------------------------  X
```

## CONSOLIDATED LIST OF CREDITORS HOLDING
## <u>30 LARGEST UNSECURED CLAIMS</u>

On the date hereof, the above-captioned debtor and certain affiliated entities (collectively, the "<u>Debtors</u>") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532. The following is a list of creditors holding the thirty (30) largest unsecured claims against the Debtors, prepared on a consolidated basis from the Debtors' unaudited books and records as of April 15, 2015 and in accordance with rule 1007(d) of the Federal Rules of Bankruptcy Procedure. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the thirty (30) largest unsecured claims.

Nothing herein shall constitute an admission of liability by, or be binding on, the Debtors. The Debtors reserve all rights to assert that any debt or claim listed herein is a disputed claim or debt, and to challenge the priority, nature, amount, or status of any such claim or debt. In the event of any inconsistencies between the summaries set forth below and the respective corporate and legal documents relating to such obligations, the corporate and legal documents shall control.

| Name of Creditor[1] | Mailing Address, Telephone Number, and Facsimile Number of Creditor and Contact Familiar with Claim | Nature of Claim | Contingent, Unliquidated, Disputed, Or Subject To Setoff | Amount of Claim (if secured, also state value of security) |
|---|---|---|---|---|
| Salus Capital Partners, LLC, as administrative and collateral agent | Robert Kuppens<br>197 First Avenue, Suite 250<br>Needham, MA 02494<br>Tel: (617) 420-2670<br>Fax: (781) 459-0058<br><br>Greenberg Traurig, LLP<br>One International Place, 20th Floor<br>Boston, MA 02110<br>Attn: Jeffrey M. Wolf, Esq.<br>Tel: (617) 310-6041<br>Fax: (617)  279-8447 | Potential Unsecured Deficiency Claim under Prepetition Secured Credit Agreement | | Undetermined |
| Longray Intimates LLC | 801 Terrace Ln E Unit 1<br>Diamond Bar, CA 91765<br>Tel: (732) 447-8868<br>laurentan@163.com<br>Tel: 626 808-1197 | Trade | | $2,366,126.22 |
| Mission Valley Shopping | 2049 Century Park East<br>41st Floor<br>Attn: Legal Dept.<br>Los Angeles, CA 90067<br>Tel: 310 478-4456<br>Fax: 310 478-1267<br>leasing@westfield.com | Landlord[2] | | $1,807,413.20 |
| Montelle | 9250 Avenue Du Parc # 550<br>Montreal, QC H2N 1Z2<br>Canada<br>Tel: (514) 383-3739<br>Fax: (514) 383-2699<br>billy@montelle.com | Trade | | $1,313,319.22 |
| Moac Mall Holdings LLC | 60 East Broadway<br>Atttn: Legal Dept<br>Bloomington, MN 55425-5550<br>Tel: 952 883-8502<br>Fax: 952 883-8683<br>Kathleen.allen@moa.net | Landlord | | $1,225,727.04 |
| Mr. Thomas Lynch | Thomas Lynch<br>14 Harnden Road<br>Foxboro, MA 02035 USA<br>Tel: 617 304-6752<br>Email Lynchtj@verizon.net | Employee Contract | | $1,214,141.12 |
| Boulevard Invest LLC | c/o Desert Passage Management Office<br>3663 Las Vegas Blvd S.,<br>Suite 900<br>Las Vegas, NV 89109<br>Tel: 702 866-0703<br>Fax: 702 866-0717 | Landlord | | $1,089,311.30 |

---

[1]    In addition to the creditors set forth herein, (i) HGI Global Holdings, LLC ("HGI Global"), the largest holder of the Debtors' equity interests, holds approximately $16.2 million in unsecured promissory notes, and (ii) HGI Funding, LLC, an affiliate of HGI Global, holds $10,487,125.19 in unsecured trade debt.

[2]    The amounts listed herein for landlords do not take into account application of section 502(b)(6) of the Bankruptcy Code and the duty to mitigate.

| Name of Creditor[1] | Mailing Address, Telephone Number, and Facsimile Number of Creditor and Contact Familiar with Claim | Nature of Claim | Contingent, Unliquidated, Disputed, Or Subject To Setoff | Amount of Claim (if secured, also state value of security) |
|---|---|---|---|---|
| Macerich Fresno LP | 4841 North First St<br>Attn: Center Manager<br>Fresno, CA 93726<br>Tel: (559) 224-1592<br>Fax: (559) 224-1040<br><br>c/o Macerich<br>401 Wilshire Blvd,<br>Suite 700<br>Attn. Legal Dept.<br>Santa Monica, CA 90407<br>Tel: 424 229-3000<br>Fax: 310 393-0756<br>Janet.sasser@macerich.com | Landlord | | $934,962.54 |
| Bre/Pearlridge LLC | Attn: General Counsel<br>180 East Broad St,<br>21st Floor<br>Columbus, OH 43215<br>Tel: 614 621-9000<br>Fax: 614 621-8863<br>Stephen.ifeduba@wpglimcher.com | Landlord | | $910,771.94 |
| Pyramid Walden Company LP | The Clinton Exchange<br>4 Clinton Square<br>Syracuse, NY 13202-1078<br>Tel: 315 634-7709<br>Fax: 315 472-4035<br>williambaker@pyramidmg.com | Landlord | | $801,051.30 |
| Orange Park Mall LLC | Simon Property Group L.P.<br>c/o M.S. Management Associates, Inc.<br>225 West Washington Street,<br>Indianapolis, IN 46204-3438<br>Tel: 317 263-8189<br>Fax: 317 263-7901<br>Email cmartin@simon.com | Landlord | | $791,674.58 |
| Culver City Mall LLC | 2049 Century Park East<br>41st Floor<br>Attn: Legal Dept.<br>Los Angeles, CA 90067<br>Tel: 310 478-4456<br>Fax: 310 478-1267<br>leasing@westfield.com | Landlord | | $672,937.59 |
| Edison Mall LLC | 225 West Washington St.<br>Indianapolis IN 46204-3438<br>Tel: 317 263-8189<br>Fax: 317 263-7901<br>Email cmartin@simon.com | Landlord | | $667,153.55 |
| Macerich Lakewood LLC | c/o Macerich<br>401 Wilshire Blvd,<br>Suite 700<br>Attn. Legal Dept.<br>Santa Monica, CA 90407<br>Tel: 424 229-3000<br>Fax: 310 393-0756<br>Janet.sasser@macerich.com | Landlord | | $626,186.00 |

| Name of Creditor[1] | Mailing Address, Telephone Number, and Facsimile Number of Creditor and Contact Familiar with Claim | Nature of Claim | Contingent, Unliquidated, Disputed, Or Subject To Setoff | Amount of Claim (if secured, also state value of security) |
|---|---|---|---|---|
| GGP LP | Hulen Mall Owner LP<br>110 N Wacker Dr<br>Attn: Law/Lease Admin Dept<br>Chicago IL 60606<br>Tel: 312 960-2707<br>Fax: 312-960-5994/ 312-960-5476<br>Email: Julie.minnick@ggp.com | Landlord | | $606,997.95 |
| Bakersfield Mall LLC | 110 N Wacker Dr<br>Attn: Law/Lease Admin Dept<br>Chicago IL 60606<br>Tel: 312 960-2707<br>Fax: 312-960-5994/ 312-960-5476<br>Email: Julie.minnick@ggp.com | Landlord | | $591,567.84 |
| National Corset | 3240 E. 26th St<br>Vernon, CA 90058 USA<br>Tel: (323) 261-0265<br>Fax: (323) 261-6693<br>Kirk3334@aol.com | Trade | | $575,304.15 |
| Sunrise Mall LLC | 2049 Century Park East<br>41st Floor<br>Attn: Legal Dept.<br>Los Angeles, CA 90067<br>Tel: 310 478-4456<br>Fax: 310 478-1267<br>leasing@westfield.com | Landlord | | $556,335.20 |
| Woodland Hills Mall | c/o M.S. Management Associates Inc.<br>225 West Washington St<br>Indianapolis, IN 46204-3438<br>Tel: 317 263-8189<br>Fax: 317 263-7901<br>Email cmartin@simon.com | Landlord | | $501,260.91 |
| Tyler Mall LP | 1299 Galleria at Tyler<br>Riverside CA 92503<br>Tel: 951-637-2012<br>Fax:951 351-3139<br>James.fuson@ggp.com | Landlord | | $500,168.90 |
| Coral CS LTD Associates | c/o MS Management Associates Inc.<br>225 West Washington St<br>Indianapolis, IN 46204-3438<br>Tel: 317 263-8189<br>Fax: 317 263-7901<br>Email cmartin@simon.com | Landlord | | $494,175.00 |
| Capref Lloyd Ctr LLC | Attn: General Counsel<br>180 East Broad St,<br>21st Floor<br>Columbus, OH 43215<br>Tel: 614 621-9000<br>Fax: 614 621-8863<br>Stephen.ifeduba@wpglimcher.com | Landlord | | $473,355.36 |

| Name of Creditor[1] | Mailing Address, Telephone Number, and Facsimile Number of Creditor and Contact Familiar with Claim | Nature of Claim | Contingent, Unliquidated, Disputed, Or Subject To Setoff | Amount of Claim (if secured, also state value of security) |
|---|---|---|---|---|
| Newport Centre LLC 2810 | c/o MS Management Associates Inc. 225 West Washington St. Indianapolis, IN 46204-3438 Tel: 317 263-8189 Fax: 317 263-7901 Email cmartin@simon.com | Landlord | | $470,983.70 |
| Plaza Camino Real | 2049 Century Park East 41st Floor Attn: Legal Dept. Los Angeles, CA 90067 Tel: 310 478-4456 Fax: 310 478-1267 leasing@westfield.com | Landlord | | $470,142.40 |
| Northridge Fashion Center | c/o UK-American Properties 110 N  Wacker Dr Attn: Law/Lease Admin Dept Chicago IL 60606 Tel: 312 960-2707 Fax: 312-960-5994/ 312-960-5476 Email: Julie.minnick@ggp.com | Landlord | | $465,740.45 |
| Seminole Town Center LP | c/o MS Management Associates Inc. 225 West Washington St. Indianapolis, IN 46204-3438 Tel: 317 263-8189 Fax: 317 263-7901 Email cmartin@simon.com | Landlord | | $442,308.30 |
| Town East Mall LP | c/o Town East Mall LP 110 N  Wacker Dr Attn: Law/Lease Admin Dept Chicago IL 60606 Tel: 312 960-2707 Fax: 312-960-5994/ 312-960-5476 Email: Julie.minnick@ggp.com | Landlord | | $438,451.65 |
| Ascension Lingerie & Swimsuit LLC | 3520 N.W. 46th St Miami, FL 33142 USA Tel: (305) 531-2929 x305 Fax: 305 636-0900 Nicholas@ohlalacheri.com | Trade | | $412,416.63 |
| Parks at Arlington LP | 110 N  Wacker Dr Attn: Law/Lease Admin Dept Chicago IL 60606 Tel: 312 960-2707 Fax: 312-960-5994/ 312-960-5476 Email: Julie.minnick@ggp.com | Landlord | | $411,670.00 |
| Crossgates Mall Newco LLC | The Clinton Exchange 4 Clinton Square Syracuse,  NY 13202-1078 Tel: 315 634-7709 Fax: 315 472-4035 williambaker@pyramidmg.com | Landlord | | $408, 334.50 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------- X
                                                        :
In re:                                                  :   Chapter 11
                                                        :
Frederick's of Hollywood Group Inc.,                    :   Case No. 15- _____ (_____)
                                                        :
                        Debtor.                         :   (Joint Administration Requested)
                                                        :
------------------------------------------------------- X
```

**DECLARATION REGARDING CONSOLIDATED LIST OF CREDITORS**
**HOLDING 30 LARGEST UNSECURED CLAIMS**

I, William Soncini, the undersigned authorized officer of the above-captioned debtor,

declare under penalty of perjury that I have reviewed the foregoing Consolidated List of

Creditors Holding 30 Largest Unsecured Claims against the above-captioned debtor and certain

affiliated entities submitted herewith and that such list is true and correct to the best of my

knowledge, information, and belief.

Dated:  April 19, 2015                  By:   /s/ William Soncini
                                        Name:  William Soncini
                                        Title:  Authorized Officer

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------- X
                                                   :
In re:                                             :    Chapter 11
                                                   :
Frederick's of Hollywood Group Inc.,               :    Case No. 15- _____ (_____)
                                                   :
                    Debtor.                        :    (Joint Administration Requested)
                                                   :
-------------------------------------------------- X
```

## CORPORATE OWNERSHIP STATEMENT

      Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following is a list of any corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of equity interests in the above-captioned debtor.

| Debtor | Direct owner(s) | Indirect owner(s) |
|---|---|---|
| Frederick's of Hollywood Group Inc. | FOHG Holdings, LLC | |

      I, William Soncini, the undersigned authorized officer of the above-captioned debtor, declare under penalty of perjury that I have reviewed the foregoing Corporate Ownership Statement and that such list is true and correct to the best of my knowledge, information, and belief.

Dated:  April 19, 2015

                  By:  /s/ William Soncini
                  Name:  William Soncini
                  Title:  Authorized Officer

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------- X
                                                    :
In re:                                              :    Chapter 11
                                                    :
Frederick's of Hollywood Group Inc.,                :    Case No. 15- _____ (_____)
                                                    :
                          Debtor.                   :    (Joint Administration Requested)
                                                    :
-------------------------------------------------- X
```

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following is a list of entities holding an interest in the above-captioned debtor.

| Name and Last Known Address or Place of Business of Holder | Nature of Interest Held | Amount of Interest Held |
|---|---|---|
| FOHG Holdings, LLC 6464 W. Sunset Blvd., Suite 1150, Los Angeles, CA 90028 | Common Stock | 100% |

## DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS

I, William Soncini, the undersigned authorized officer of the above-captioned debtor,

declare under penalty of perjury that I have reviewed the foregoing List of Equity Security

Holders of the above-captioned debtor and that such list is true and correct to the best of my

knowledge, information, and belief.

Dated:  April 19, 2015               By:  /s/ William Soncini                        
                                     Name:  William Soncini
                                     Title:  Authorized Officer