# Exhibit A

**Proposed Form of Order**

# Exhibit A

**Proposed Form of Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Frederick's of Hollywood, Inc., | : | Case No. 15-_____ (___) |
| Debtor. | : | |
| Tax I.D. No. 95-2666265 | : | |
| In re: | : | Chapter 11 |
| FOHG Holdings, LLC, | : | Case No. 15-_____(___) |
| Debtor. | : | |
| Tax I.D. No. 46-4237902 | : | |
| In re: | : | Chapter 11 |
| Frederick's of Hollywood Group Inc., | : | Case No. 15-_____ (___) |
| Debtor. | : | |
| Tax I.D. No. 13-2643042 | : | |
| In re: | : | Chapter 11 |
| FOH Holdings, Inc., | : | Case No. 15-_____ (___) |
| Debtor. | : | |
| Tax I.D. No. 36-4155442 | : | |
| In re: | : | Chapter 11 |
| Frederick's of Hollywood Stores, Inc., | : | Case No. 15-_____ (___) |
| Debtor. | : | |
| Tax I.D. No. 95-4698882 | : | |

| | |
|---|---|
| ------------------------------------------------------- X | |
| In re: | : Chapter 11 |
| | : |
| Hollywood Mail Order, LLC | : Case No. 15-_____(___) |
| | : |
| Debtor., | : |
| | : |
| Tax I.D. No. 95-4755205 | : |
| ------------------------------------------------------- X | |

## ORDER DIRECTING PROCEDURAL CONSOLIDATION
## AND JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon consideration of the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") seeking entry of an order (this "Order"), pursuant to section 105(a) of the Bankruptcy Code, rule 1015(b) of the Bankruptcy Rules, and rules 1015-1 and 9013-1(m) of the Local Rules, (i) directing the procedural consolidation and joint administration of these chapter 11 cases, and (ii) granting certain related relief, all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 15-\_\_\_\_\_(\_\_\_).

Each of the Debtors' chapter 11 cases shall be administered under the following caption:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ------------------------------------------------------------ | x : | |
| In re: | : : | Chapter 11 |
| FREDERICK'S OF HOLLYWOOD, INC., *et al.*,[1] | : : : | Case No. 15-_____ (\_\_) |
| Debtors. | : | (Jointly Administered) |
| ------------------------------------------------------------ | x | |

---

[1] The debtors in these chapter 11 cases and the last four digits of each debtor's taxpayer identification number are as follows: (i) FOHG Holdings, LLC (7902); (ii) Frederick's of Hollywood Group Inc. (3042); (iii) FOH Holdings, Inc. (5442); (iv) Frederick's of Hollywood, Inc. (6265); (v) Frederick's of Hollywood Stores, Inc. (8882); and (vi) Hollywood Mail Order, LLC (5205). The debtors' principal offices are located at 6464 W. Sunset Blvd., Suite 1150, Los Angeles, CA 90028.

3. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

4. An entry shall be entered on the docket of each of the Debtors' chapter 11 cases, other than the chapter 11 case of Frederick's of Hollywood, Inc., to reflect the joint administration of these chapter 11 cases, as follows:

> An order has been entered in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure and rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware

directing joint administration of the chapter 11 cases of: FOHG Holdings, LLC, Case No. 15-_____; Frederick's of Hollywood Group Inc., Case No. 15-_____; FOH Holdings, Inc., 15-_____; Frederick's of Hollywood, Inc., Case No. 15-_____; Frederick's of Hollywood Stores, Inc., Case No. 15-_____; and Hollywood Mail Order, LLC, Case No. 15-_____. All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 15-____(___).

5. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2015
Wilmington, Delaware

                                                    _____
                                                    United States Bankruptcy Judge